ORGILL BROTHERS & COMPANY, INC. *v.* SAUCIER

No. 43582          June 14, 1965          176 So. 2d 480

*Ebb J. Ford, Jr.,* Gulfport, for appellant.

588

*Jack Parsons,* Wiggins, for appellees.

Brady, Tom P., J.

We have carefully studied the charadic evidence of this record. Like an iceberg which reveals only one-tenth of itself, the proof here is inadequate. We have come to the same conclusion which the learned circuit judge reached, namely, it is regrettable that the essential evidence, if it be true, has not been proven. The judgment is affirmed.

Affirmed.

*Ethridge, P. J., and Gillespie, Patterson and Inzer, JJ.,* concur.